**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                        Case No. **3:14-bk-7746**

**PINERO PENA, LIZETTE**                                    Chapter **13**

Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 486,216.00 | | |
| B - Personal Property | Yes | 3 | $ 21,249.77 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 694,037.74 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $ 624,700.90 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $ 3,549.84 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 4 | | | $ 3,349.84 |
| TOTAL | | 22 | $ 507,465.77 | $ 1,318,738.64 | |

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                    Case No. **3:14-bk-7746**

**PINERO PENA, LIZETTE**                         Chapter **13**
                           Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| **TOTAL** | $ 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ 3,549.84 |
| Average Expenses (from Schedule J, Line 22) | $ 3,349.84 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 2,580.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 207,821.74 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 624,700.90 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 832,522.64 |

B6A (Official Form 6A) (12/07)

IN RE **PINERO PENA, LIZETTE**
_____
Debtor(s)

Case No. **3:14-bk-7746**
_____
(If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Commercial property located at 33 Paseo Escute Street corner of Martinez Street Juncos, Puerto Rico; this is a three (3) story commercial building; debtor's d/b/a Pigmentus de Pasarela (beauty salon) operates on the first floor; second floor has two (2) residential apartments of two and one bedroom each; third floor has one small storage space and one batroom.** | | | 150,000.00 | 174,362.42 |
| **Debtor has a 50% interest in real property located at Urb Villa Borinquen A-1 Guanina St in Caguas, Puerto Rico; other 50% is owned by ex-spouse Felix Miguel Vargas Almodovar. Pursuant private agreement between debtor and ex-spouse dated 04/07/2009, the debtor's 50% interest was transferred to ex-spouse as part of conjugal partnership property liquidation. This property consists of: 3 bedrooms, 2 bathroom, living & dinning room, kitchen and balcony.** **Total value is $100,000 Less Doral Bank $75,568 Net equity $24,432/2 Debtor's interest $12,216.** | **Debtor transferredproperty interest buttitle still in her name** | | 12,216.00 | 75,568.00 |
| **Debtor owns a residential property located at Urb San Jose Asomante 70 in Caguas, Puerto Rico. This property consists of: 4bedrooms, 3 1/2 bathroom, 2 livings, dinning room, kitchen, balcony & Marquee.** **Total value is $320,000.00 Less Mortgage is $299,950.00 = $** | | | 320,000.00 | 439,988.16 |
| **Westgate Resort Time Share Orlando Florida** | **50% interest** | **C** | 4,000.00 | 4,119.16 |

TOTAL  486,216.00

(Report also on Summary of Schedules)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **PINERO PENA, LIZETTE**
　　　　　　Debtor(s)

Case No. **3:14-bk-7746**
　　　　　(If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Banco Popular De PR**<br>**Checking account: X4607** | | 60.77 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Household goods and furnishings** | | 5,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing and personal effects** | | 1,000.00 |
| 7. Furs and jewelry. | | **Jewelry** | | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

Case:14-07746-MCF7  Doc#:23  Filed:10/31/14  Entered:10/31/14 09:13:41  Desc: Main
Document   Page 5 of 19

IN RE **PINERO PENA, LIZETTE**
_____
Debtor(s)

Case No. **3:14-bk-7746**
_____
(If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Lexus RX 330** **Mileage: 124,000** **#Vin: JTJGA31U240027900** **Total market value (Kelley Blue Book/Good Condition) $10,641.00** | | 10,641.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **Inventory d/b/a Pigmentus de Pasarela** | | 4,048.00 |
| 31. Animals. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6B (Official Form 6B) (12/07) - Cont.**

Case:14-07746-MCF7    Doc#:23    Filed:10/31/14    Entered:10/31/14 09:13:41    Desc: Main
Document    Page 6 of 19

IN RE **PINERO PENA, LIZETTE**_____    Case No. **3:14-bk-7746**_____
                           Debtor(s)                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 21,249.77 |

___0___ continuation sheets attached

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **PINERO PENA, LIZETTE** _____  Case No. **3:14-bk-7746**_____
                Debtor(s)                                            (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)

☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **Debtor has a 50% interest in real property located at Urb Villa Borinquen A-1 Guanina St in Caguas, Puerto Rico; other 50% is owned by ex-spouse Felix Miguel Vargas Almodovar. Pursuant private agreement between debtor and ex-spouse dated 04/07/2009, the debtor's 50% interest was transferred to ex-spouse as part of conjugal partnership property liquidation. This property consists of: 3 bedrooms, 2 bathroom, living & dinning room, kitchen and balcony.** <br><br> **Total value is $100,000** <br> **Less Doral Bank $75,568** <br> **Net equity $24,432/2** <br> **Debtor's interest $12,216.** | 11 USC § 522(d)(5) | 3,825.23 | 12,216.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Banco Popular De PR** <br> **Checking account: X4607** | 11 USC § 522(d)(5) | 60.77 | 60.77 |
| **Household goods and furnishings** | 11 USC § 522(d)(3) | 5,000.00 | 5,000.00 |
| **Clothing and personal effects** | 11 USC § 522(d)(3) | 1,000.00 | 1,000.00 |
| **Jewelry** | 11 USC § 522(d)(4) | 500.00 | 500.00 |
| **2004 Lexus RX 330** <br> **Mileage: 124,000** <br> **#Vin: JTJGA31U240027900** <br><br> **Total market value (Kelley Blue Book/Good Condition) $10,641.00** | 11 USC § 522(d)(2) <br> 11 USC § 522(d)(5) | 3,675.00 <br> 6,966.00 | 10,641.00 |
| **Inventory d/b/a Pigmentus de Pasarela** | 11 USC § 522(d)(5) <br> 11 USC § 522(d)(6) | 1,873.00 <br> 2,175.00 | 4,048.00 |

* Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **PINERO PENA, LIZETTE** _____ Case No. **3:14-bk-7746** _____
Debtor(s) (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

IN RE **PINERO PENA, LIZETTE** _____ Case No. **3:14-bk-7746**
Debtor(s) (If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Fill in this information to identify your case:

Debtor 1  **LIZETTE  PINERO PENA**
         First Name        Middle Name        Last Name

Debtor 2 _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: District of Puerto Rico

Case number  **3:14-bk-7746**
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form 6I

# Schedule I: Your Income                                                                12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | _____ | _____ |
| **Employer's name** | _____ | _____ |
| **Employer's address** | _____<br>Number    Street<br>_____<br>_____<br>City       State    ZIP Code | _____<br>Number    Street<br>_____<br>_____<br>City       State    ZIP Code |
| **How long employed there?** | _____ | _____ |

## Part 2:  Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be.  2. | $ **0.00** | $_____ |
| 3. **Estimate and list monthly overtime pay.**  3. | + $ **0.00** | + $_____ |
| 4. **Calculate gross income.** Add line 2 + line 3.  4. | $ **0.00** | $_____ |

Official Form 6I                              Schedule I: Your Income                              page 1

Debtor 1   **LIZETTE  PINERO PENA**   Case number *(if known)* 3:14-bk-7746
          First Name   Middle Name   Last Name

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ➔ | 4. | $ 0.00 | $ |

5. **List all payroll deductions:**

| | | | |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ |
| 5e. **Insurance** | 5e. | $ 0.00 | $ |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ |
| 5g. **Union dues** | 5g. | $ 0.00 | $ |
| 5h. **Other deductions.** Specify: _____ | 5h. +$ 0.00 | +$ |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h.   6.   $ 0.00   $

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 0.00   $

8. **List all other income regularly received:**

   8a. **Net income from rental property and from operating a business, profession, or farm**
   Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.   $ 677.84   $

   8b. **Interest and dividends**   8b.   $ 0.00   $

   8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
   Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.   $ 1,800.00   $

   8d. **Unemployment compensation**   8d.   $ 0.00   $

   8e. **Social Security**   8e.   $ 0.00   $

   8f. **Other government assistance that you regularly receive**
   Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
   Specify: _____   8f.   $ 0.00   $

   8g. **Pension or retirement income**   8g.   $ 0.00   $

   8h. **Other monthly income.** Specify: **Income From Part-Time ABBA**   8h. +$ 1,072.00   +$

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9.   $ 3,549.84   $

10. **Calculate monthly income.** Add line 7 + line 9.
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.   $ 3,549.84   + $ _____ = $ 3,549.84

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify: _____   11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies   12.   $ 3,549.84
    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ☒ No.
    ☐ Yes. Explain:   **None**

Official Form 6I   Schedule I: Your Income   page **2**

Fill in this information to identify your case:

Debtor 1 __LIZETTE__ __PINERO PENA__
First Name    Middle Name    Last Name

Debtor 2 _____ _____ _____
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: District of Puerto Rico

Case number    __3:14-bk-7746__
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form 6J

# Schedule J: Your Expenses    12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☒ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
   
       ☐ No
       ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.
   
   Do not state the dependents' names.
   
   ☐ No
   ☒ Yes. Fill out this information for each dependent……………

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | 18 | ☒ No ☐ Yes |
| **Son** | 15 | ☐ No ☒ Yes |
| **Son** | 22 | ☐ No ☒ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☒ No
   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $_____0.00_____

   If not included in line 4:

   4a. Real estate taxes    4a. $_____0.00_____
   4b. Property, homeowner's, or renter's insurance    4b. $_____0.00_____
   4c. Home maintenance, repair, and upkeep expenses    4c. $_____0.00_____
   4d. Homeowner's association or condominium dues    4d. $_____160.00_____

Official Form 6J    Schedule J: Your Expenses    page 1

Debtor 1  **LIZETTE  PINERO PENA**  Case number (*if known*) **3:14-bk-7746**
First Name   Middle Name   Last Name

| | | Your expenses |
|---|---|---|
| 5. **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ 0.00 |
| 6. **Utilities:** | | |
| 6a. Electricity, heat, natural gas | 6a. | $ 350.00 |
| 6b. Water, sewer, garbage collection | 6b. | $ 120.00 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 130.00 |
| 6d. Other. Specify: _____ | 6d. | $ 0.00 |
| 7. **Food and housekeeping supplies** | 7. | $ 454.84 |
| 8. **Childcare and children's education costs** | 8. | $ 364.00 |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $ 90.00 |
| 10. **Personal care products and services** | 10. | $ 45.00 |
| 11. **Medical and dental expenses** | 11. | $ 21.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 260.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 45.00 |
| 14. **Charitable contributions and religious donations** | 14. | $ 0.00 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. | $ 0.00 |
| 15b. Health insurance | 15b. | $ 0.00 |
| 15c. Vehicle insurance | 15c. | $ 0.00 |
| 15d. Other insurance. Specify: _____ | 15d. | $ 0.00 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ 0.00 |
| 17. **Installment or lease payments:** | | |
| 17a. Car payments for Vehicle 1 | 17a. | $ 0.00 |
| 17b. Car payments for Vehicle 2 | 17b. | $ 0.00 |
| 17c. Other. Specify: _____ | 17c. | $ 0.00 |
| 17d. Other. Specify: _____ | 17d. | $ 0.00 |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | 18. | $ 0.00 |
| 19. **Other payments you make to support others who do not live with you.** Specify: Child Support For Son Not Living At Home | 19. | $ 500.00 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| 20a. Mortgages on other property | 20a. | $ 500.00 |
| 20b. Real estate taxes | 20b. | $ 0.00 |
| 20c. Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| 20e. Homeowner's association or condominium dues | 20e. | $ 0.00 |

Official Form 6J                Schedule J: Your Expenses                page **2**

Debtor 1  **LIZETTE  PINERO PENA**  Case number *(if known)* **3:14-bk-7746**
First Name  Middle Name  Last Name

---

21. **Other**. Specify: **See Schedule Attached**  21. +$ 310.00

22. **Your monthly expenses.** Add lines 4 through 21.
    The result is your monthly expenses.  22. $ 3,349.84

23. **Calculate your monthly net income.**
    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.  23a. $ 3,549.84
    23b. Copy your monthly expenses from line 22 above.  23b. – $ 3,349.84
    23c. Subtract your monthly expenses from your monthly income.
    The result is your *monthly net income*.  23c. $ 200.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☒ No.
    ☐ Yes.   **None**

---

Official Form 6J  Schedule J: Your Expenses  page **3**

IN RE **PINERO PENA, LIZETTE**  
Debtor(s)

Case No. **3:14-bk-7746**

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

Other Expenses
| | |
|---|---:|
| **Lunch At Work (Debtor)** | **120.00** |
| **School Expenses (Lunch, Materials, Other)** | **90.00** |
| **Back To School $1,200/12** | **100.00** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **PINERO PENA, LIZETTE** _____ Case No. **3:14-bk-7746** ____
Debtor(s) (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**24** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **October 31, 2014** _____   Signature: **/s/ LIZETTE PINERO PENA** _____
**LIZETTE PINERO PENA**                                                                                     Debtor

Date: _____   Signature: _____
(Joint Debtor, if any)
[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____   _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer       Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____   _____
Signature of Bankruptcy Petition Preparer                                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____   Signature: _____

_____
(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Puerto Rico**

**IN RE:**                                                          Case No. **3:14-bk-7746**

**PINERO PENA, LIZETTE**                                Chapter **13**

Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **October 31, 2014**      Signature: */s/ LIZETTE PINERO PENA*
                                                   **LIZETTE PINERO PENA**       Debtor

Date:                                 Signature:                                                     
                                                                                                  Joint Debtor, if any

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| PINERO PENA, LIZETTE<br>Hacienda San Jose 572 Via De Guayabal<br>Caguas, PR  00725 | Banco Popular de PR -crline<br>PO Box 2708<br>San Juan, PR  00936 | Claro<br>PO Box 360998<br>San Juan, PR  00936 |
| R. Figueroa Carrasquillo Law Office<br>PO Box 186<br>Caguas, PR  00726-0186 | Bank Of America<br>PO Box 982235<br>El Paso, TX  79998-2235 | Comenity Bank<br>PO Box 182789<br>Columbus, OH  43218-2789 |
| ACM Penfield CR LLC<br>230 Crosskeys Office Park<br>Fairport, NY  14450 | Cach, LLC<br>33 Calle Bolivia Ste 203<br>San Juan, PR  00917-2016 | CRESCA CORP<br>PMB 92<br>PO BOX 71325<br>SAN JUAN, PR  00936-8425 |
| Advanced Assets II, Inc<br>7322 Southwest Fwy Ste 1600<br>Houston, TX  77074-2134 | CBE Group<br>PO Box 979110<br>Saint Louis, MO  63197-9001 | Department Store National Bank<br>Jordan Marsh<br>Plaza Associates 370 Seventh Avenue<br>New York, NY  10001-3900 |
| AT &T Services, Inc<br>PO Box 537104<br>Atlanta, GA  30353-7104 | CFI Resorts Management, Inc<br>2801 Old Winter Garden Rd<br>Ocoee, FL  34761-2965 | Dish Network<br>PO Box 3097<br>Bloomington, IL  61702 |
| Axesa<br>PO Box 91225<br>San Juan, PR  00919-1225 | Charleny Polanco Duarte &<br>Franklin Antonio Perez Mamondi<br>Urb Las Americas 892 Calle Santo Domingo<br>San Juan, PR  00921 | Doral Financial Corp<br>1451 F D Roosevelt Ave<br>San Juan, PR  00920 |
| BAMA Capital, LLC<br>PO Box 367797<br>San Juan, PR  00936-7797 | Clca Colllection Agency, Inc<br>PO Box 12338<br>San Juan, PR  00914-0338 | Dsnb Macys<br>9111 Duke Blvd<br>Mason, OH  45040 |
| Banco Popular De PR<br>PO Box 362708<br>San Juan, PR  00936-2708 | Citi Cards<br>PO Box 653095<br>Dallas, TX  75265-3095 | FIRST DATA MERCHANT SERVICES<br>4000 CORAL RIDGE DR CORAL<br>POMPANO BEACH, FL  33065-7614 |
| Banco Popular De PR<br>PO Box 366818<br>San Juan, PR  00936-6818 | Citibank  N.a.<br>8875 Aero Drive<br>San Diego, CA  92123 | GE Capital Retail Bank<br>PO Box 960061<br>Orlando, FL  32896-0061 |
| Banco Popular De PR<br>PO Box 326708<br>San Juan, PR  00936-2708 | Citifinancial<br>605 Munn Road<br>Fort Mill, SC  29715 | Hospital San Gerardo<br>Msc 250 138 Ave Winston Churchill<br>San Juan, PR  00926-6023 |

JC Penney
PO Box 364788
San Juan, PR  00936-4788

Security Credir Services, LLC
PO Box 15630
Wilmington, DE  19850-5630

LEADING EDGE RECOVERY SOLUTIONS, LLC
CITIFINANCIAL PLUS
5440 N CUMBERLAND AVE SUITE 300
CHICAGO, IL  60656-1490

Sergio A Ramirez De Orellano Law Office
Banco Popular Center Ste 1133
209 Ave Munoz Rivera
San Juan, PR  00918-1009

LTD FINANCIAL SERVICES LP
7322 SOUTHWEST FWY STE 1
HOUSTON, TX  77074

Syncb/walmart Dc
PO Box 965024
Orlando, FL  32896

Luis R Tous Torres
Edif Le Mans- 506 Ave Munoz Rivera 602
San Juan, PR  00918

USPS Disbursing Officer
Accounting Service Center
PO Box 21888
Saint Paul, MN  55121-0888

Midland Funding
8875 Aero Dr
San Diego, CA  92123-2251

VIRTUOSO
ATT
3033 S PARKER RD STE 1000
AURORA, CO  80014-2919

Monarch
Recovery Management, Inc -# 25407417
PO Box 16119
Philadelphia, PA  19114-0119

NCO Financial Systems
PO Box 192478
Hato Rey, PR  00918

Plaza Asssociates
Jaf Station PO Box 2770
New York, NY  10116-2770

PR Telephone
PO Box 70239
San Juan, PR  00936

Sears/Cbna
PO Box 6282
Sioux Falls, SD  57117